**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **S&F Hospice Opco I, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Tranquil Care Hospice** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-0882112** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7447 Sepulveda Blvd.**<br>**Van Nuys, CA 91405**<br>Number, Street, City, State & ZIP Code | **700 N. Central Ave., Suite 200**<br>**Glendale, CA 91203**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**700 N. Central Ave., Suite 200 Glendale, CA 91203**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | S&F Hospice Opco I, LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>    6231    </u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **S&F Hospice Opco I, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **S&F Hospice Opco I, LLC**
_____Name_____    Case number (*if known*) _____

| 16. | Estimated liabilities | | | |
|---|---|---|---|---|
| | ☐ $0 - $50,000 | | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Home Health Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Market Street Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Care Center National City, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cheviot Hills, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Country Drive Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Court Assisted Living, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor El Camino Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elmhaven Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Hampton Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Monterey Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Rosewood Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Terrace Healthcare, LLC **(LEAD CASE)** | To be assigned | Filed Concurrently | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Vallejo Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |

Debtor   **S&F Hospice Opco I, LLC**
_____
  Name                                                    Case number (*if known*) _____

<div style="background:#666;"> </div> **Request for Relief, Declaration, and Signatures**

_____

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2023**
_____
                MM / DD / YYYY

X    *A Tress*                              **Avrohom Tress**
_____      _____
Signature of authorized representative of debtor       Printed name

Title   **Manager**
_____

_____

**18. Signature of attorney**    X   *(signature)*                     Date  **August 23, 2023**
_____       _____
Signature of attorney for debtor                          MM / DD / YYYY

**Ron Bender 143364**
_____
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
_____
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
_____
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**    Email address   **rb@lnbyg.com**
_____

**143364 CA**
_____
Bar number and State

**S&F HOSPICE OPCO I, LLC**
**MEMBER RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE**

August 22, 2023

The following Resolutions were duly enacted by a unanimous vote of the Members (the "Members") of S&F Hospice Opco I, LLC (the "Company"), and the same shall remain in full force and effect, without modification, unless and until the Members adopt a further resolution to the contrary:

> RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on August 23, 2023 or such other date determined by Avrohom Tress ("AT") to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel. AT is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and AT is authorized to designate any other officer, professional or designated representative to sign any other documents on behalf of the Company.

> FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG. AT, in his capacity as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

> FURTHER RESOLVED, that, in his capacity as the authorized representative of the Company, AT is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that AT deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

> FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, AT, in his capacity as the authorized

representative of the Company, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that AT deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Members unless the Members subsequently decide to the contrary.  Such actions that AT has the authority to cause the Company to take without any further approval of the Members (unless the Members subsequently decide to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  AT is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of AT or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

IN WITNESS WHEREOF, the above resolutions have been authorized, adopted, ratified and approved.

MANAGER:

_____
AVROHOM TRESS

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    **S&F Hospice Opco I, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐    *Schedule H: Codebtors (Official Form 206H)*
☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    *Amended Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2023**        X    *A Tress*_____
                                            Signature of individual signing on behalf of debtor

                                            **Avrohom Tress**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td><td></td></tr>
<tr><td>Debtor name</td><td><b>S&F Hospice Opco I, LLC</b></td><td></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>CENTRAL DISTRICT OF<br>CALIFORNIA - SAN FERNANDO</b></td><td>☐ Check if this is an</td></tr>
<tr><td>Case number (if known):</td><td></td><td>amended filing</td></tr>
</table>

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NORTHRIDGE CARE CENTER INC 18305 SUTTER BLVD MORGAN HILL, CA 95037 | | | | | | $34,173.88 |
| 700 N CENTRAL PROPERTY LLC 200 PINE AVE STE 502 LONG BEACH, CA 90802 | | | | | | $20,590.32 |
| WINDSOR TERRACE (inter-facility) 9848 S WINCHESTER AVE CHICAGO, IL 60643 | | | | | | $19,929.90 |
| MCKESSON MEDICAL SURGICAL P.O. 690693 CINCINNATI, OH 45263-0693 | | | | | | $17,777.14 |
| COUNTRY VILLA IMPERIAL, LLC 5120 W GOLDLEAF CIR STE 400 LOS ANGELES, CA 90056 | | | | | | $16,857.00 |

| Debtor | **S&F Hospice Opco I, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LONG BEACH HEALTHCARE CENTER, LLC ONE WORLD TRADE CENTER SUITE 1650 LONG BEACH, CA 90831 | | | | | | $15,334.86 |
| RELIAS LEARNING 4515 OCEAN VIEW BLVD #120 LA CANADA, CA 91011 | | | | | | $14,117.28 |
| PHARMACIST HOLDING GROUP P.O. BOX 715276 COLUMBUS, OH 43271-5276 | | | | | | $13,306.16 |
| WINDSOR PALMS CARE CENTER 11748 E 187TH STREET ARTESIA, CA 90701 | | | | | | $12,449.16 |
| MONTGOMERY MARKETING 19616 SUNRISE SUMMIT DRIVE CANYON COUNTRY, CA 91351 | | | | | | $10,533.90 |
| WILSHIRE MANAGEMENT SERVICES INC 6308 N. 13TH PL. PHOENIX, AZ 85014 | | | | | | $9,688.74 |
| WINDSOR NORTH LONG BEACH (Inter-facility 260 E MARKET STREET LONG BEACH, CA 90805 | | | | | | $9,220.02 |
| WELLSKY HOME HEALTH & HOSPICE CORP P.O. BOX 10306 DES MOINES, IA 50306-0306 | | | | | | $9,135.00 |

Debtor    **S&F Hospice Opco I, LLC**
_____    Case number (*if known*)    _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| H. BENYAMIN MD. INC. 11453 SHIPPIGAN WAY CYPRESS, CA 90630 | | | | | | $8,000.00 |
| ALEXANDRIA CARE CENTER, LLC P.O. BOX 7979 STOCKTON, CA 95267 | | | | | | $7,591.70 |
| BARBER RANEN LLP 550 SOUTH HOPE ST, SUITE 2400 LOS ANGELES, CA 90071 | | | | | | $7,507.50 |
| MEDLINE INDUSTRIES INC DEPT LA 21558 PASADENA, CA 91185-1558 | | | | | | $5,458.67 |
| BHARDWAJ ASHWANI MD 25954 WELLINGTON COURT CALABASAS, CA 91302 | | | | | | $4,000.00 |
| AXIOM HEALTHCARE GROUP 2351 SUNSET BLVD STE 170-897 ROCKLIN, CA 95765 | | | | | | $2,600.00 |
| HEALTH CARE TRANSPORT, INC dba SILVER MEDICAL TRANSPORTATION 12444 VICTORY BLVD #525 N HOLLYWOOD, CA 91606 | | | | | | $2,313.68 |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Ron Bender 143364**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234 Fax: (310) 229-1244**
California State Bar Number: 143364 CA
rb@lnbyg.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

In re:

**S&F Hospice Opco I, LLC**

Debtor(s).

CASE NO.:

CHAPTER: 11

**VERIFICATION OF MASTER**
**MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __14__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 23, 2023**

*A Truss*

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        **F 1007-1.MAILING.LIST.VERIFICATION**

S&F Hospice Opco I, LLC
700 N. Central Ave., Suite 200
Glendale, CA 91203


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


21TH CENTURY WEB
LINK ROAD SADAR
NAGPUR 440 001
MAHARASHTRA, INDIA


21TH CENTURY WEB
GALA 15
LINK ROAD SADAR
MAHARASHTRA, INDIA


700 N CENTRAL PROPERTY LLC
LOCKBOX 31001-3269
465 NORTH HALSTEAD ST. SUITE 160
PASADENA, CA 91107


700 N CENTRAL PROPERTY LLC
200 PINE AVE
STE 502
LONG BEACH, CA 90802


ABILITY NETWORK INC
P.O. BOX 856015
MINNEAPOLIS, MN 55485-6015

ALAMEDA COUNTY ENVIRONMENTAL HEALTH
P.O. BOX N
ALMEDA, CA 94501-0108


ALECC, INC
1418 BALTIMORE RD, STE 12-119
HANOVER, PA 17331


ALEXANDRIA CARE CENTER, LLC
P.O. BOX 7979
STOCKTON, CA 95267


ARPINE MUSAKANIAN
1145 THOMPSON AVE
APT 7
GLENDALE, CA 91201


AT&T
P.O. BOX 5014
CAROL STREAM, IL 60197-5014


AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD STE 170-897
ROCKLIN, CA 95765


BARBER RANEN LLP
550 SOUTH HOPE ST, SUITE 2400
LOS ANGELES, CA 90071


BEACH LAW GROUP LLP
500 E ESPLANADE DR
SUITE 1400
OXNARD, CA 93036

Beach Law Group, LLP
500 E. Esplanade Dr.
Suite 1400
Oxnard, CA 93036


BHARDWAJ ASHWANI MD
25954 WELLINGTON COURT
CALABASAS, CA 91202


BHARDWAJ ASHWANI MD
25954 WELLINGTON COURT
CALABASAS, CA 91302


BRIER OAK ON SUNSET, LLC
PO BOX 207040
DALLAS, TX 75320-7040


CA Dept of Health Care Services
Attn: Kenneth K Wang DOJ
300 S Spring St No 1702
Los Angeles, CA 90013


CALIFORNIA DEPART OF PUBLIC HEALTH
P.O. BOX 997434
MS 3202
SACRAMENTO, CA 95899-7434


CALIFORNIA DEPART OF PUBLIC HEALTH
CENTER FOR HEALTH CARE QUALITY
FISCAL MANAGEMENT BRANCH, MS3202
SACRAMENTO, CA 95899-7434


California Department of Insurance
Attorney General
302 S Spring St No 1704
Los Angeles, CA 90013

California Dept of Justice/Atty General
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, Ste 200
Sacramento, CA 95833


California Dept of Public Health
Office of the Attorney General
301 S Spring St No 1702
Los Angeles, CA 90013


CENTERS FOR MEDICARE AND MEDICAID SERVIC
DIVISION OF ACCOUNTING OPERATIONS
MAIL STOP C3-11-03
BALTIMORE, MD 21207


CERTIPHI SCREENING INC
PO BOX 1675
SOUTHAMPTON, PA 18966


CITY OF LOS ANGELES BUREAU OF SANITATION
INDUSTRIAL WASTE MGT DIVISION
2714 MEDIA CENTER DRIVE
LOS ANGELES, CA 90065


CONDUENT PAYMENT INTEGRITY SOLUTIONS INC
510 PARKLAND DR
SANDY, UT 84070


CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


COUNTRY VILLA IMPERIAL, LLC
5120 W GOLDLEAF CIR
STE 400
LOS ANGELES, CA 90056

Daugherty Lordan - Meghan McCord
O'Hagan Meyer
21650 Oxnard Street, Suite 530
Woodland Hills, CA 91367


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902


Department of Health and Human Services
Federal Building
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


DEPARTMENT OF HEALTH CARE
ACCESS AND INFORMATION
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833


DEPARTMENT OF HEALTH CARE SERVICES
MS 1101 PO BOX 997415
SACRAMENTO, CA 95899-7415


DJK COUNSEL LTD
1925 CENTURY PARK EAST ST 810
LOS ANGELES, CA 90067


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


ENTECH MEDICAL CORPORATION
1910 D STREET
LA VERNE, CA 91750

```
FLYER WORKS
6052 SAN FERNANDO ROAD
GLENDALE, CA 91202


FORCURA
DEPT 2132
P.O. BOX 122132
DALLAS, TX 75312-2132


FORCURA
P.O. BOX 122132
DALLAS, TX 75312-2132


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0531


H. BENYAMIN MD. INC.
12762 CHRISTY LANE
LOS ALAMITOS, CA 90720


H. BENYAMIN MD. INC.
11453 SHIPPIGAN WAY
CYPRESS, CA 90630
```

HARRIS STATIONERS INC
7100 VALJEAN AVENEU
VAN NUYS, CA 91406


HARRIS STATIONERS INC
8441 Canoga Avenue
Canoga Park, CA 91304


HEALTH CARE TRANSPORT, INC
dba SILVER MEDICAL TRANSPORTATION
2801 LIME AVE
FULLERTON, CA 92835


HEALTH CARE TRANSPORT, INC
dba SILVER MEDICAL TRANSPORTATION
12444 VICTORY BLVD #525
N HOLLYWOOD, CA 91606


HUMANA PHARMACY SOLUTIONS INC
PO BOX 643754
CINCINNATI, OH 45264


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS CORPORATION OF CALIFORNIA
1055 BROADWAY, 11TH FLOOR
KANSAS CITY, MO 64105


IRIS ROY
24839 APPLE ST
UNIT B
NEWHALL, CA 91321

IRON MOUNTAIN RECORDS MANAGEMENT
P.O. BOX 601002
PASADENA, CA 91189


JANICE ONDRUSEK
5068 MECCA AVE
TARZANA, CA 91356


JO-DAN
1850 E 17TH ST, SUITE 111
SANTA ANA, CA 92705


JO-DAN
1850 E. 17TH ST.
SUITE 111
SANTA ANA, CA 92705


JUANITA DIEGO
500 JACKSON PLACE UNIT 101
GLENDALE, CA 91206


LA CARE HEALTH PLAN
PO BOX 740918
LOS ANGELES, CA 90074


LAZ PARKING CALIFORNIA LLC
P.O. BOX 845653
LOS ANGELES, CA 90084-5853


LONG BEACH HEALTHCARE CENTER, LLC
ONE WORLD TRADE CENTER
SUITE 1650
LONG BEACH, CA 90831

```
LOS ANGELES COUNTY TAX COLLECT
225 NORTH  HILL STREET
ROOM 122
LOS ANGELES, CA 90012


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018


MCKESSON MEDICAL SURGICAL
MINNESOTA SUPPLY INC
PO BOX 204786
DALLAS, TX 75320-4786


MCKESSON MEDICAL SURGICAL
P.O. 690693
CINCINNATI, OH 45263-0693


MEDLINE INDUSTRIES INC
DEPT LA 21558
PASADENA, CA 91185-1558


MONTEREY COUNTY ENVIRONMENTAL
HEALTH BUREAU
1270 Natividad Road
SALINAS, CA 93906


MONTEREY COUNTY TAX COLLECTOR
P O BOX 891
SALINAS, CA 93902-0891
```

MONTGOMERY MARKETING
14109 PONTLAVOY AVE.
SANTA FE SPRINGS, CA 90670

MONTGOMERY MARKETING
19616 SUNRISE SUMMIT DRIVE
CANYON COUNTRY, CA 91351

NORTHRIDGE CARE CENTER INC
7836 RESEDA BLVD
RESEDA, CA 91336

NORTHRIDGE CARE CENTER INC
18305 SUTTER BLVD
MORGAN HILL, CA 95037

OCCUPATIONAL HEALTH CENTERS
1818 E SKY HARBOR CIRCLE N
UNIT 150
PHONIX, AZ 85034

OCCUPATIONAL HEALTH CENTERS
P.O. BOX 3700
RANCHO CUCAMONGA, CA 91729

PHARMACIST HOLDING GROUP
9528 TOPANGA CYN BLVD
CHATSWORTH, CA 91311

PHARMACIST HOLDING GROUP
P.O. BOX 715276
COLUMBUS, OH 43271-5276

PORTER ONE DESIGN
37680 HILLS TECH DR
FARMINGTON HILLS, MI 48331


QUADIENT FINANCE USA INC
PO BOX 6813
CAROL STREAM, IL 60197


QUADIENT LEASING USA INC
DEPT 3682
PO BOX 123682
DALLAS, TX 75312


RAWLINGS FINANCIAL SERVICES, LLC
PO BOX 2020
LA GRANGE, KY 40031


RAWLINGS FINANCIAL SERVICES, LLC
P.O. BOX 2000
LAGRANGE, KY 40031-2000


RELIAS LEARNING
P.O. BOX 74008620
CHICAGO, IL 60674-8620


RELIAS LEARNING
4515 OCEAN VIEW BLVD
#120
LA CANADA, CA 91011


SAN JOAQUIN COUNTY
ENVIRONMENTAL HEALTH DEPARTMENT
1868 E HAZELTON
STOCKTON, CA 95205

Secretary of the U.S. Dept of Health and
Human Services on behalf of the Centers
for Medicare and Medicaid Services
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


SPARKLETTS
P.O. BOX 660579
DALLAS, TX 75266-0579


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, 2nd Fl
Sacramento, CA 95833


STEPHEN PETERSON
1155 VIA DEL SOL RD
SALINAS, CA 93907


STRATEGIC HEALTHCARE PROGRAMS LLC
PO BOX 101019
ATLANTA, GA 30392-1019


STRATEGIC HEALTHCARE PROGRAMS LLC
23801 CALABASAS ROAD
SUITE 2032
CALABASAS, CA 91302


TEL US CALL CENTER INC
5757 W CENTURY BLVD STE 120
LOS ANGELES, CA 90045

THE PAUL REVERE LIFE INSURANCE COMPANY
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402-1330


TPX COMMUNICATIONS
PO BOX 509013
SAN DIEGO, CA 92150-9013


Walter Orr


Wanda Bush
Jay S. Rothman & Associates
21900 Burbank Blvd., Ste 210
Woodland Hills, CA 91367


WELLSKY HOME HEALTH & HOSPICE CORP
PO BOX 207613
DALLAS, TX 75320-7613


WELLSKY HOME HEALTH & HOSPICE CORP
P.O. BOX 10306
DES MOINES, IA 50306-0306


WILSHIRE MANAGEMENT SERVICES INC
285 SOUTH STREET SUITE J
SAN LUIS OBISPO, CA 93401


WILSHIRE MANAGEMENT SERVICES INC
6308 N. 13TH PL.
PHOENIX, AZ 85014

```
WINDSOR LONG BEACH
3232 E ARTESIA
LONG BEACH, CA 90805


WINDSOR NORTH LONG BEACH  Inter-facility
260 E MARKET STREET
LONG BEACH, CA 90805


WINDSOR PALMS CARE CENTER
11748 E 187TH STREET
ARTESIA, CA 90701


WINDSOR TERRACE  inter-facility
9848 S WINCHESTER AVE
CHICAGO, IL 60643


YECIKA CUMATZ
14307 SAN JOSE ST
MISSION HILLS, CA 91345
```